UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAM SALLOUM,                                Case No. 04-CR-80480-DT

    Defendant.                        Honorable Patrick J. Duggan
_____/

## **ORDER**

At a session of said Court, held in the U.S.
District Courthouse, City of Detroit, County of
Wayne, State of Michigan, on June 5, 2007.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Presently before the Court is Defendant's Emergency Motion for Modification of Amended Judgment in a Criminal Case. The motion requests that the Court amend the Judgment imposed in this case on September 13, 2006, specifically requesting that the Court amend the "Criminal Monetary Penalties" section of the Judgment to reflect a "total loss" of between $1.00 and $9,999,00. The total loss as set forth in the original Judgment is $396,000.00.

Defendant's motion must be denied. The Court has reviewed the Rule 11 Plea Agreement and the Presentence Report and both documents clearly indicate that his fraudulent conduct resulted in a financial loss to National City Bank of $396,000.00. The

1

Rule 11 Plea Agreement which is, of course, in the Court files, specifically provides at Paragraph C.4, "The fraudulent loan involving Sam Salloum resulted in financial losses of $396,000.00.

I am therefore unwilling to amend the Judgment in this case to reflect a total loss of between $1.00 and $9,999.00 as requested in the attachment to the Defendant's motion.

For the reasons set forth above, Defendant's Emergency Motion for Modification of Amended Judgment in a Criminal Case is **DENIED**.

**SO ORDERED.**

                                      s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies to:
Arthur Jay Weiss, Esq.
Cynthia J. Oberg, A.U.S.A.